## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 20-mj-02489-Louis

UNITED STATES OF AMERICA

vs.

JUAN LUIS HERNANDEZ RODRIGUEZ,

Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    Yes __ No _X_

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? Yes __ No _X_

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:    _/s/Sajjad Matin_____
       SAJJAD MATIN
       ASSISTANT UNITED STATES ATTORNEY
       Court ID No. A5502371
       99 NE 4th Street, 6th Floor
       Miami, FL 33132
       Tel: 305.961.9262
       Email: sajjad.matin@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint                          Original

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   20-mj-02489-Louis |
| JUAN LUIS HERNANDEZ RODRIGUEZ, | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 23, 2020_____ in the county of _____Miami-Dade_____ in the

_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Attempted Possession with Intent to Distribute Cocaine |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

/s/ Daniel Perez
_____
*Complainant's signature*

Daniel Perez, Special Agent, HSI
_____
*Printed name and title*

Attested to by the applicant in accordance with the
requirements of Fed. R. Crim. P. 4.1 by FaceTime
Sworn to before me and signed in my presence.

Date:   March 23, 2020
_____
*Judge's signature*

City and state:    Miami Florida

Hon. Lauren F. Louis, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Daniel Perez, being duly sworn, hereby state that:

1.     I am currently employed as a Special Agent for the U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), and have been so employed since February 2006.  As a Special Agent, I am responsible for investigating cross-border smuggling cases involving violations of U.S. customs and immigration laws, including Title 21 of the United States Code.  Accordingly, I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7).   I have participated in investigations involving violations of the Controlled Substances Act.  As part of such investigations, I have conducted physical and electronic surveillance, participated in the execution of search warrants, and arrested numerous drug traffickers.

2.     This Affidavit is submitted for the sole purpose of establishing probable cause to obtain a criminal complaint charging Juan Luis Hernandez Rodriguez ("HERNANDEZ") for attempted possession with intent to distribute Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

3.     The statements contained in this Affidavit are based upon my own personal knowledge, my review of records obtained during the course of this investigation, and information provided by others, including law enforcement and civilian witnesses.  Because this Affidavit is submitted for the limited purpose of establishing probable cause, this Affidavit does not include every fact known to me or to other law enforcement officers obtained during the course of this investigation.

4.     On or about March 12, 2020, the cargo ship M/V Pepin Express arrived in the United States from the Dominican Republic.  The cargo ship arrived at a shipping facility located on the Miami River in Miami, Florida.  Among other things, this ship was carrying a shipping container

designated as "AMLU 405150-9."

5.      Upon arrival in Miami, Florida, the cargo ship was inspected by the U.S. Customs and Border Protection ("CBP"). Pursuant to that inspection, CBP officers selected the container AMLU 405150-9 for examination. As such, the container was removed from the ship and transported to the CBP inspection facility located at the Port of Miami.

6.      On or about March 18, 2020, CBP officers examined the shipping container AMLU 405150-9. According to its documentation, the container was supposed to be filled with several shipments of various merchandise. One such shipment, with bill of lading number AMLU 2010061318, consisted of forty-eight (48) automotive batteries stacked onto two (2) wooden pallets. This shipment of batteries was selected for further examination.

7.      During the examination, CBP officers discovered packages of suspected contraband concealed within one of the batteries. A field test of the white, powdery substance inside one of the packages was positive for cocaine. Of the forty-eight (48) automotive batteries in the shipment, thirty-five (35) batteries contained packages of suspected cocaine. Law enforcement replaced each package of suspected cocaine with packages of an innocuous powder similar in appearance to cocaine ("sham").

8.      On or about March 19, 2020, HSI agents sought and received a warrant permitting the installation and use of tracking devices within two (2) of these sham packages to be placed in two (2) batteries. *See* 20-mj-02453-LOUIS. The batteries, including tracking devices, were then replaced in the shipment as they appeared prior to the inspection.

9.      On or about March 23, 2020, law enforcement returned the shipment to the shipping facility in Miami. Law enforcement then observed an individual load the shipment of car batteries into a white cargo truck and drive the cargo truck out of the facility. Law enforcement followed the cargo truck to a self-storage facility located at 4995 Northwest 79th Avenue in Miami, Florida, in

2

the Southern District of Florida.

10.    Law enforcement observed a second vehicle, a pickup truck driven by an individual later identified as HERNANDEZ, escort the cargo truck through the security gates of the self-storage facility.  Shortly thereafter, the cargo truck exited the storage facility.

11.    Law enforcement entered the storage facility where they found the pickup truck parked next to storage units.  As they approached the truck, officers saw HERNANDEZ in a nearby storage unit placing automobile batteries into two separate piles.

12.    HERNANDEZ was arrested and read his Miranda rights, which he waived in writing. Pursuant to his statement, HERNANDEZ admitted to knowing that some of the batteries contained drugs.  HERNANDEZ admitted that he had separated the batteries into two piles, one for batteries containing drugs, and the second for batteries that did not.

13.    HERNANDEZ admitted that he planned to place the batteries containing drugs onto the bed of his pickup truck and return to Orlando, Florida.

14.    Based on the foregoing facts, I submit that probable cause exists to believe that HERNANDEZ did knowingly possess with intent to distribute Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

_/s/ Daniel Perez_____
Daniel Perez, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the
requirements of Fed. R. Crim. P. 4.1 by FaceTime
Sworn to and subscribed before
me this _24_ day of March 2020.

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

3